MINUTE ENTRY
BARBIER, J.
JANUARY 11, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 16-184 |
| CHRISTOPHER HUTTON | SECTION: "J" |

<u>SENTENCING</u>

COURT REPORTER: Jodi Simcox
COURTROOM DEPUTY: Gail Chauvin

PRESENT:   Jonathan Shih, AUSA, for the government
           Gary Schwabe, Jr., Asst. FPD, for defendant

Case called at 10:09 a.m.
Defendant sentenced to count 1 of the Indictment.
Counts dismissed on motion of the United States as to this defendant: all remaining.
See Judgment.
The defendant was remanded.
Hearing ended at 10:25 a.m.

JS-10:  16 min.